FILED

00 FEB 10 PM 1:41

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES E. HARDER,

    Plaintiff,

vs.

Case No. 8:00CV270-T-26E
JURY TRIAL DEMANDED

MICHAEL HAGA,

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, CHARLES E. HARDER, (hereinafter referred to as, "HARDER") by and through his undersigned counsel, and sues Defendant, MICHAEL HAGA, (hereinafter referred to as "HAGA"), and states:

1. This is an action predicated upon federal diversity jurisdiction, 28 U.S.C. Section 1331, in that Defendant HAGA is a resident of the State of Colorado and Plaintiff HARDER is a resident of the State of Florida. The amount in controversy exceeds $100,000.00.

2. Certain of the tortious acts and occurrences giving rise to the causes of action herein were committed by Defendant within the Middle District of Florida.

3. All conditions precedent to this action have been met, been waived or been satisfied.



Page 1 of 4

## COUNT I

4.  Plaintiff hereby realleges each and every general allegation as if fully set forth herein.

5.  At all times material, Plaintiff and Defendant were named shareholders of a Florida corporation known as RPI. During the course of operation of RPI, the company ran into financial problems and Defendant HAGA began a systematic campaign of accusing HARDER of having prepared a fraudulent business plan in order to induce HAGA and the other shareholders to invest or become shareholders in RPI.

6.  As part of this campaign, HAGA threatened HARDER and informed others, orally and in writing, that unless HARDER invested approximately $40,000.00 in RPI within a few days of HAGA's demand, that HAGA was going to bring criminal charges against HARDER, institute proceedings with the Comptroller's Office for the State of Florida and specifically with the Department of Bank and Finance.

7.  The threats by HAGA were made in order to pressure HARDER into giving money to RPI or face criminal charges, public ridicule, scorn and disgrace.

8.  The above-referenced actions by HAGA constitute extortion within the meaning of Florida Statute Section 836 et seq..

9.  The Defendant's conduct in attempting to extort money from the Plaintiff was intentionally or reckless, was intended by the Defendant, or should have known by the Defendant, that emotion distress would likely result.

10. The conduct of the Defendant was outrageous, goes beyond all bounds of decency, and is odious and utterly intolerable in a civilized community.

11. As a direct and proximate result of Defendant's actions, Plaintiff has suffered severe emotional distress and has been damaged.

## COUNT II

12. Plaintiff hereby realleges each and every general paragraph as if fully set forth herein.

13. As part of a campaign against HARDER, Defendant HAGA embarked upon a systematic campaign of defamation against HARDER.

14. True and correct copies of letters containing the defamatory statements made against HARDER and published to third persons are attached hereto as Exhibit "A."

15. Additionally, HAGA related statements claiming that HARDER had engaged in criminal activity by defrauding investors through the use of a false business plan. A true and correct copy of the business plan is attached hereto as Exhibit "B."

16. The representations of HAGA to third persons regarding HARDER were false and were knowingly and willfully made by HAGA.

17. The statements of HAGA to the persons identified in the documents attached as Exhibit "A" constitute libel per se.

18. Upon information and belief, false statements similar to those published in Exhibit "A" were made to Kay Reetz and other third parties.

19. As a direct and proximate result of the above-referenced false and defamatory statements, Plaintiff HARDER has been damaged.

WHEREFORE, Plaintiff seeks damages, costs and such other and further relief against Defendant as this Court deems just and proper. Plaintiff further requests a trial by jury on all issues so triable.

Respectfully submitted,

_____
Robert Persante
FBN 376698
For: Albinson & Persante, P.A.
4625 East Bay Drive, Suite 223
Clearwater, FL 33764
(727) 531-5530
Attorneys for Plaintiff

# TELEFAX

Mike Haga
820 23 Road
Grand Junction, CO 81505
Ph: 970-256-7359
Fax: 970-242-5725
E-mail: acclaim@gj.net

1-30-2000

To: Mr. John R. Sauer and Mr. Ted Anderson

Dear JR and Ted

RPI may be very salvageable, but it will take each of us working together to make it happen. I have spelled out the salvage plan in my 1-28-2000 fax to you which is attached hereto.

If each of the other investors agrees to inject $4,000 per month over the next 3 months we can salvage RPI. The initial injection must be immediate, however. If each of us cannot do this, then I see no way to save RPI.

You can see from my faxes to Mr. Persante, Mr. Harder's attorney, that I am pursuing criminal and civil charges for fraud in the inducement to invest in RPI. You can also see from an e-mail to me from Bill Clough (an anchor) that Harder was not truthful with him or Dennis Daily either. My memo to the anchors is also attached-- as I have asked everyone to work for 1/2 pay for 90 days while the ad revenue commences. So far, it seems, most will do so. This means our expenses drop to $24,000 per month which includes everything. Within 90 days, if all goes as planned, our income will support everything. Of course, I feel Sam Andy Foods and Midas Resources should receive free advertising on RPI for one year.

Please let me know.

Sincerely,

Mike Haga

**EXHIBIT "A"**

    **X-Mozilla-Status:** 0001
       **Message-ID:** <389472F1.3586C11D@gj.net>
           **Date:** Sun, 30 Jan 2000 09:20:49 -0800
           **From:** Mike Haga <acclaim@gj.net>
      **Reply-To:** acclaim@gj.net
       **X-Mailer:** Mozilla 4.04 [en]C-NECCK (Win95; U)
**MIME-Version:** 1.0
             **To:** Kay Reetz <kay@forthepeople.org>
       **Subject:** [Fwd: The future of RPI]
  **Content-Type:** multipart/mixed; boundary="------------72E0436D8C5E3BB58A242ADC"

Kay:

I wrote this to all the anchors in response to Bill Clough's memo which
I already forwarded to you.
Mike

---

       **Message-ID:** <38947227.262FFB3B@gj.net>
           **Date:** Sun, 30 Jan 2000 09:17:27 -0800
           **From:** Mike Haga <acclaim@gj.net>
      **Reply-To:** acclaim@gj.net
       **X-Mailer:** Mozilla 4.04 [en]C-NECCK (Win95; U)
**MIME-Version:** 1.0
             **To:** Radio Press Intl <rpi@flimp.com>
      **Subject:** The future of RPI
  **Content-Type:** text/plain; charset=us-ascii
**Content-Transfer-Encoding:** 7bit

Just a quick note of to offer my concern and encouragement to each of
you--all of you.

First, I have asked Dennis Daily to continue being the contact person
for each of you as there simply are not enough hours in the day for me
to handle all the phone calls.

In retrospect, had I known the truth about the way RPI was set up, I
would never have become involved. In Mr. Harder's written business plan
(which each of us used to make the decision to invest in RPI--there were
many inaccuracies (to put it kindly). The four key written inacuracies
were/are (from the business plan):
1. "At this writing RPI has two national advertising sales reps
committed to sell radio spots." 2."Thus 100 stations times 60 units
bringing $33.30 each amounts to a daily revenue stream of $1,998.00
daily or $59,940.00 per month." 3. "RPI will lease a small space at
the PRN center in White Springs and deliver the finished newscasts to
the PRN master-control room." "RPI will pay nothing to PRN." 4. "To
start up the service we will need a minimum of $150,000 in the bank."

1. There were no advertising reps onboard RPI until late last week when
(thanks to the heroic efforts of Kay Reetz) we finally connected with
Mr. Howard Price of Multi-Net Marketing. Thus we had NO income from day
one--we have been surviving by eating our precious capital base. The
good news, now, is that Mr. Price represents big names like GEICO, The
Movie Channel, Sears, Bayer, Ovaltine, Motel 6, A&E, SC Johnson. Mr.

*[Handwritten annotation: My letter to the Anchors in Response to Bill Clough letter to me 1-30-2000]*

Price has guaranteed us $10,000 per month in advertising commencing immediately. That goes a long way, but we need more--and thankfully, God appears to be sending more--as Mr. Price also late last week linked us up with Mr. Jay Wheeler who represents advertisers wanting Per Item spot advertising. Jay Wheeler is also now onboard. We also connected with the internet side of the advertising equation through www.broadcastspots.com. They will handle the internet side of our advertising. In essence, we post, on the net, what spots are avaliable on the entire RPI network and they will sell it for us. So, finally, the income will begin. The problem is that there is a 30-90 day turn around period to now jump through.

2. There were not 100 stations onboard. RPI started with 10. So even if we had had the advertising reps, we had nothing to sell anyway. The good news is that as of late last week, we had (and I have to confirm this with Kay Reetz) well over 60 affiliates with signed contracts--thus we now have something to sell--as Howard Price and the others are now doing.

3. RPI has had an additional $10,000 monthly expense (above rent) at White Springs because Harder hired 7 board ops which he said were needed for RPI.

4. I learned (when I demanded to see the books) that Harder commenced RPI with nothing in the bank. Thus, each of us investors came onboard believing there was already sufficient funds to meet the start-up ($150,000) over and above our investments of $125,000). I have a fax from Harder on October 9, 1999, telling me that "Thus RPI is fully funded." We did not invest until October 20.

Naturally I have been very angry, yet have been doing everything to make RPI into what it can be---for everyone involved.

We are now close to success, if everyone works together to make it through the 30-60-90 days immediately ahead. Mr. Howard Price also has a friend (Donnie) with whom we had a lengthy confrence call also late last week. Donnie feels he can acquire another 130 afiliates for RPI in very short order. This then makes RPI very saleable for the large advertising agencies like Global Media in New York--which is looking at RPI.

So, we have a choice. Work together and make RPI the success it can be, or feel a deep sense of betrayal (which I do with Harder) and let this destroy RPI. I want to make it succeed--for everyone.

Will you work with us?

Thank you, Mike Haga

# TELEFAX

Mike Haga
820 23 Road
Grand Junction, CO 81505
Ph: 970-256-7359
Fax: 970-242-5725
E-mail: acclaim@gj.net

February 3, 2000

Dear Doug and Chuck:

I called First Federal Savings Bank in Live Oak, FL to check on the RPI account # 1252926 this morning. While they will not give much information, they were helpful in two respects and request that you or Mr. Harder contact them immediately as **there may be anywhere from $8,181.92 to $11,000 owed to the account.**
First, on 12-1-99, check # 1029 was written in the amount of $3,806.89 with the notation "Form 941, 4th Qtr 99". This appears to be for the payment of witholding taxes for 1999. However, the check was made payable to First Federal Savings Bank and cleared the account on 12/6/99.
Second,. on 12-21-99, check # 1074 was written in the amount of $8,181.92 with the notation "9912 Form 941, 59-3606436." Which appears to also be for the payment of witholding taxes for 1999. However, this check was also made out to First Federal Savings Bank and cleared the account on 12/27/99.
I am told it will take time to research this matter, but customer service is perplexed as to why both of these checks were written to First Federal Savings Bank in Live Oak Florida when they appear to be for witholding taxes and why they cleared the account and where the money went
Doug—and Chuck—we may very well have RPI sold. The sale may be confirmed on Monday, making every employee whole and every investor almost whole. There is also the possibility of a new investor coming onboard next week if the sale does not go through as now we have a legitimate advertising agency onboard so we can legitimately show how investor money can be repaid—a critical missing piece throughout all of this.
IT IS CRITICAL, HOWEVER, THAT THE WHITE SPRINGS EMPLOYEES STILL WORKING FOR RPI (WILL, SHANNON, MENNO, DAWN and ET) be paid the $1,500 in back pay owed--TOMORROW or they will quit. If they are paid, then they will work through next week and we can save RPI.
THIS WILL ALSO PROVIDE ENOUGH IN THE ACCOUNT OT PAY THE ANCHORS tomorrow as well, as the anchors are working for 1/2 pay for 90 days. THEIR PAYROLL DUE TOMORROW IS $6,000.
There should be more than sufficient funds to have these people paid and keep them onboard, with what is owed back to RPI from check #1074. It also appears that all witholding taxes for employees in 1999 were paid by check #1029.
I must emphasize that if the RPI sale fails because employees have walked due to this accounting mismanagement, it will be another issue later down the road.

I have also made it clear that the board must review Mr. Ed. Shiflett's expense reimbursement request prior to payment from sale proceeds or new investor funds.

Mike

# TELEFAX

Mike Haga
820 23 Road
Grand Junction, CO 81505
Ph: 970-256-7359
Fax: 970-242-5725
E-mail: acclaim@gj.net

January 29, 2000

Kay Reetz

Dear Kay:

On Friday, I had a long discussion with Mr. Dennis Daily concerning ways to salvage RPI. I was very blunt with Mr. Daily, telling him that the future of RPI is precarious at best. Mr. Daily was very kind and agreed to discuss with the anchors any and all possibilities of salvaging RPI, as none of the anchors want it to fail. It appears the anchors will work for 1/2 pay for 90 days.

We then discussed Mr. Howard Price and Multi-net coming onboard with, finally, desperately needed advertising revenue. I did not know about Mr. Jay Wheeler's PI advertising so this was not discussed.

In short, we may be able to keep it glued together until, hopefully, as you told me last night, Mr. Howard Price pulls off the miracle you told me about. I will say many prayers.

One thing you need to know is that Mr. Daily told me that when Chuck approached him, he was told that there were 100 affiliates onboard and advertising representatives ready to sell advertising from day one. If Dennis had known the truth, he would never have come onboard as he had just been offered a PR job that had tremendous possibility, but wanted to stay in radio so he opted to go with Chuck. Naturally, he is distressed to learn the truth but, in spite of everything, will work to make it a success.

Best wishes,

Mike

# TELEFAX

Mike Haga
820 23 Road
Grand Junction, CO 81505
Ph: 970-256-7359
Fax: 970-242-5725
E-mail: acclaim@gj.net

January 28, 2000

Mr. John R. Sauer & MR Ted Anderson

RE: RPI

Dear JR and Ted:

I have had a very chaotic week in attempting to salvage RPI--as I was told the prospective purchaser declined.

The good news is that we may have not only an acceptable salvage operation but will end-up with a very valuable asset in the process. First, please review Mr. Harder's latest fax to me via Kay Reetz, and my response to him also via Kay Reetz. Mr. Harder and I are not talking since I have now threatened criminal and civil prosecution for fraud in the inducement to invest in RPI. The fraud--if you read through the business plan, involves three key issues. 1. There were not two national advertising sales reps onboard as stated in the business plan. In fact, there were none. Thus, RPI has had no income. 2. There were maybe 10 affiliates at inception not the 100 alluded to, so there was nothing to sell anyway. 3. RPI was not to be started up until there was $150,000 in the bank. Chuck commenced operations with nothing in the bank, which I did not discover until I was able to review the bank records. THESE ARE THREE CRITICAL AREAS ON WHICH THE SUCCESS OF RPI HINGED FORM DAY ONE.

The good news is that as of today, RPI has (I believe) signed contracts with 70 affiliates. I was successful in linking-up with Mr. Howard Price of Multi-Net Marketing, 660 South Pointe, Suite 316, Colorado Springs, CO 80906, 800-776-8289 to commence selling advertising. Feel free to talk with him, as he is super to work with and represents big names like Sears, GEICO, The Movie Channel, Heinz, etc. He is guaranteeing $10,000 a month in initial advertising revenue to RPI--commencing immediately. Of course, there is a 60-day turn around on radio receivables.

Mr. Price will also work to build affiliate stations--maybe acquire another 130 very shortly. Mr. Price then says our monthly net income can be increased to $75,000 minimum.

We have also signed Broadcast Spots.com onboard to handle the Internet side of the advertising picture. We post what ad spots are available on www.Broadcastspots.com and media buyers nationwide then place their advertising buys. Again, there is a 60-day turn around.

Finally, Kay signed another advertiser onboard who will be selling Per Item advertising spots within the next week.

Say a prayer. I really feel this thing was not truthfully presented by Chuck, but I have been trying to move heaven and earth to make it work.

Mike

# Radio Press International
## Business Plan

Radio Press International (RPI) is a Florida corporation formed 10/11/99 by Charles E. Harder and located at White Springs, Florida. There are 100 million authorized shares and 10 million shares will be issued. The company will use the CPA services of Douglas Perreault of Ruskin, Florida from day one so that the statements are CPA audited and will be ready when the company files with the SEC to go public if that should occur. Mr. Perreault will also keep the bank accounts and Mr. Harder will monitor same. (Mr. Harder also formed Energy Liberty Unlimited, Inc. December of 1998 and that company just went public SEC OK effective October 08, 1999.)

Mr. Harder also formed Peoples Radio Network (PRN) of which the assets were sold to the United Auto Workers in 1996. Since then he has re-formed under the Florida corporation known as American Community Oriented Radio Network (ACORN Radio.) That company is profitable. See acornradio.com and chuckharder.com

### RADIO MARKET

There are 10,392 commercial radio stations in the USA. Of these stations many strive to provide "full service" to the listener which means whatever type of programming they do plus news on the hour and half-hour. Thus there is a terrific demand for radio news service - but due to the constant mergers and consolidations in the industry we have seen the number of news-providers dwindle. Mutual, NBC, The Source, and several others were bought-up by Westwood One, then merged into only one service. Then, CBS bought Westwood One!

Currently the major players are: ABC, AP, CBS, USA, and Westwood One. Not counting small Christian-based news networks that supply religious stations, there are essentially only four players - counting the recent acquisition of Westwood One by CBS. This presents a problem in radio markets like New York, Chicago, LA, Dallas, Tampa, etc., where there are 50 or more radio stations. Thus a terrific vacuum exists.

Up until a month ago there was another choice: United Press International radio news. That company recently hired Arnaud de Borchgrave as CEO and he made the decision to sell-off the radio news-unit to AP. UPI was serving over 400 radio stations when it went "dark."

### INCOME STREAMS

There are two ways that news services garner income. You can charge for the service and let the local station then sell ads in and around the news. AP does that and has over 1,000 clients. The other method is to provide a completely produced newscast delivered on-the-hour for 5 minutes and the half-hour for 3 minutes. In that news-package you place national radio commercials that provide income and then the station pays nothing for the service - but simply puts the news with the commercials on-the-air. The advantage for the station is they pay nothing and have professional news-anchors voicing the news on their station without paying for the

**EXHIBIT "B"**

gathering of the news or hiring the announcers. This arrangement is called "barter." At this writing RPI has two national advertising sales reps committed to sell the radio spots. These commercials are called "units." A unit is typically a 30 second radio commercial announcement which is pre-recorded. A 60 second spot is 2 units. At a base rate of 33.3 cents-per-station per-unit this means that for each 100 stations taking the service RPI would be paid $33.00 per unit. There are 3 units in the 5-minute newscast at the top of the hour and 2 units at the half-hour for a total of 5 units per-hour. During a 24-hour period there are 120 units.

It is management's belief that we can "sell" at the above rate at least 12 hours each day. Thus 100 stations times 60 units bringing in $33.30 each amounts to a daily revenue of $1,998.00 per-day or $59,940.00 per-month. A target of 300 stations would mean a monthly income of $179,820.00.

## THE *RPI* ADVANTAGE

Peoples Radio Network has a complete operations center and also a satellite uplink transmitter at White Springs, Florida. This means that programming fed from the PRN studios goes directly to the transmitter that beams the audio signal up to the Galaxy 6 satellite - which in turn provides a signal down to the Northern Hemisphere. The advantage to satellite-delivery of the signal is that it costs nothing additional for one or 1,000 stations to get the signal as it's up in the air and all they need is to point a "dish" at the satellite.

RPI will lease a small-space at the PRN center in White Springs and deliver the finished newscasts to the PRN master control-room. PRN will uplink the newscasts at the top of the hour and half-hour at NO CHARGE to RPI. Thus the newscasts will be carried on PRN satellites which are: Galaxy 6, Transponder 3 at 58.20 wide-band audio and also Satcom C-1, Transponder 2, at 7.5 audio subcarrier wide-band TVRO. Radio networks normally pay $12,000.00 or more a month for satellite-distribution on two channels with the attendant transmission costs. RPI will pay nothing to PRN. Further, the two satellite channels used by PRN are able to be accessed by hundred of station now and the equipment to receive either one of the satellite channels is only $500.00 which is much cheaper than the normal $6,000.00 that is normally spent for a digital satellite downlink for commercial radio. There are also more than 2 million backyard dishes that can access the signal on Satcom C-1 also known as F-1.

### Operations

Current technology allows a news operation to monitor the world from any point. With the Internet, direct-satellite and long-distance phones and fax lines we can literally cover the globe on a tight budget. A recent breakthrough in transmission of voice over standard phone lines but providing full high-fidelity was pioneered by the Comrex corporation. Using their special modem/encoders we can use standard dial-up phone lines and transmit full-fidelity voice and music from any point across the USA to our control center. These units plug into a standard phone jack and use the same type of phone line that is in your bedroom. Thus RPI can have "news bureaus" in the spare room of anyone's home across the USA or overseas.

The start-up plan is to headquarter operations at The National Press Building at Washington, DC. The cost for a 232 square foot studio space there is $850.00 per month which includes all utilities. We cannot begin to stress what the image is to the radio stations to have their news originate ***"From the National Press Building in Washington, DC!"***

Using computers, the Internet, and phone lines - the newscasts will originate in DC most of the day and be fed to the White Springs operation center by standard phone line dial-up twice-hourly. The newscast will be pre-fed at :45 and :15 and then recorded and played back on the hour and half-hour. This will allow time to correct any errors or re-start, etc. At other times the newscasts will originate in Corpus Christi, Texas and Los Angeles, California. There will also be a studio at White Springs that can originate news "just in case."

RPI has contacted several of the former radio-newscasters that were recently fired by United Press International when they sold their division to AP. Our plans are to hire a total of 8 people who will cover the 24-hour 7 day requirements. In actual operations, the newscasts will be "live" from 6 AM to 10 PM Eastern time and then three newscasts will be repeated overnight from 11PM to 5 AM. There will always be one newscaster "on-call" overnight and the control center is staffed and there are five TV monitors in the control center that monitor CNN, MSNBC, FOX, ALL NEWS CHANNEL, plus ABC and CBS. Plus the staffer will watch our wire services and emergency national channels from NOAA. RPI can go "live" within a few moments of a breaking story.

## MARKETING OUR SERVICE

As this is written an 11,000 piece mailing is being prepared to all commercial radio stations in the USA. The mailing consists of a full-color one-side postcard with an additional message on the reverse side. It alerts the station to the RPI website rpinews.com which is being developed and will have full details, contract and sample newscast. We would not be surprised if 300 stations were to come on board in the near future.

Further ongoing promotion will be a direct mailing to all 1,500 "Talk" stations across the USA and also magazine ads plus press-releases to the industry media.

## "Private-Placement"
## STOCK OFFERING

RPI will offer one million shares of stock for $100,000.00 to any one investor. Or for 10 cents a share in smaller lots. We seek to market no more than a total of 4 million shares to no more than a total of 15 investors. To start-up the service we will need a minimum of $150,000.00 in the bank. We believe that the operations will be in the black within 6 months at which time we will endeavor to file with the SEC to go public.

It is understood that this private offering is to sophisticated investors who understand

that there is an element of risk in any start-up. Further, RPI will not have any significant hard assets other than associated computers, technical equipment and furniture. The company could fail and your entire investment could be lost.

## PRO-FORMA OPERATIONAL STATEMENT

### START-UP COST:

| | |
|---|---|
| Advertising and mailing to radio stations | $6,000.00 |
| Furniture and equipment | 25,000.00 |
| Plane tickets and travel | 3,000.00 |
| | $34,000.00 |

### Monthly Expenses

| | |
|---|---|
| Washington Office | $850.00 |
| Phones | 500.00 |
| White Springs studio | 400.00 |
| Phones | 300.00 |
| Comrex-Phone Transmission cost | 600.00 |
| Newswires | 1,200.00 |
| Air Talent with benefits | 33,000.00 |
| Miscellaneous | 1,500.00 |
| Total: | $38,350.00 |

### INCOME

| | |
|---|---|
| 100 stations monthly: | $ 59,940.00 |
| 200 stations monthly | 119,880.00 |
| 300 stations monthly | 179,820.00 |
| 400 stations monthly | 239,760.00 |

Assumption: With a minimum of 100 stations we would anticipate a gross profit of $21,590.00 each month.

Further notes: Mr. Harder and Mr. Perreault will be stockholders and will not take a salary until RPI is profitable.

It may take 60 days before we see income even if we have more than 100 stations and it there may be a period of time before the accounts receivable are in the operating account.

The anticipated breakdown of stock ownership is as follows:

| | |
|---|---|
| Investors: | 4,000,000 shares |
| Mr. Harder | 3,000,000 shares |
| Mr. Perreault | 250,000 shares |
| Mr. Shifflet | 250,000 shares |
| Employees | 500,000 shares |
| Reserved to sell to public: | 2,000,000 shares |

This is pro-forma and may be changed as determined by management.

**Board of Directors and officers:**

Charles E. Harder, Chairman
Mike Haga, President
Douglas Perreault, Secretary-Treasurer

**PLEASE NOTE**: This is a start-up company and like any investment there is an element of risk. *Part or all of the investment may be lost.* If the company does not succeed the hard assets would be worth about 30 percent of book less the cost of removal or shipping.

Any investor must understand that this is an unregistered private placement and is guided by the laws of the state of Florida and no other jurisdiction. Any legal action by an investor must be brought in the state of Florida. By making any investment you subscribe to these terms and conditions. **There is no guarantee of success or return of your investment.**

**We expect operations and service to begin on November 13, 1999.**

Radio Press International, Inc.
Route 1, Box 2002
White Springs, FL 32096
Voice: 904 397-4489   9AM to 2PM weekdays or after 5PM to 8PM
Fax:   904 397-4492

This offer does not constitute a contract to sell stock to any party unless the corporation elects to do so. The information contained herein is proprietary and not for publication. This document is to be treated as confidential and will not be duplicated and circulated to more than 20 potential investors. This offer may be withdrawn or changed without notice.

This is the last page of five pages.