UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES E. HARDER,
    Plaintiff,

Case No. 8:00-CV-270-T-26TBM

vs.

MICHAEL HAGA,
    Defendant.
_____/

## PRETRIAL STATEMENT

The parties, through their respective counsel, herein file this pretrial statement in the above-captioned matter and state as follows:

### 1. BASIS OF FEDERAL JURISDICTION

The Basis of Federal Jurisdiction is 28 U.S.C. §1332.

### 2. NATURE OF THE ACTION

Plaintiff claims that Defendant defamed him by making false oral and written statements accusing him of having committed crimes, being dishonest, and defrauding investors.

### 3. STATEMENT OF THE CASE

A.     <u>Plaintiff's Case</u>. This case surrounds the defamatory statements made by Defendant against Plaintiff during the time frame of late 1999 through the filing of the Complaint in February, 2000. MICHAEL HAGA was the acting president of Radio Press International, Inc. (RPI) and was, in essence, a joint venturer with CHARLES HARDER and others in promoting RPI and obtaining investors. When RPI began to suffer serious financial problems, MICHAEL HAGA began claiming that he was the president of RPI in name only, that he had no knowledge of the operations and that had been duped by CHARLES HARDER into getting involved in RPI. He informed numerous persons that CHARLES HARDER had committed crimes, had falsified matters within the

RPI Business Plan and further informed these individuals that state and federal criminal investigations were pending against CHARLES HARDER. These claims were false and caused plaintiff loss of reputation, severe mental anguish and other damages.

B. <u>Defendant's Case</u>. The plaintiff, CHARLES HARDER is a public figure, a national radio talk-show host of over 16 years whose daily radio broadcast "For the People" is carried on over 100 radio stations coast to coast. For the People is a live listener call-in format through which the Plaintiff and listeners discussed topics ranging from politics to NAFTA, etc. HARDER is also the incorporator, Chairman and Director of Peoples Network, Inc. home of Peoples Radio Network through which the Defendant hosted a radio program from April 1999 through November 1999 at a monthly cost of $6,000 paid for by Defendant's publisher. HARDER is also the incorporator, Chairman and Director of American Community oriented Radio Network home of Peoples Radio Network.

In October, 1999, the plaintiff, CHARLES HARDER, incorporated Radio Press International, Inc., (RPI) in the State of Florida, and personally solicited Defendant MICHAEL HAGA and others to invest in RPI based upon the Plaintiff's RPI Business Plan in which Plaintiff is listed as "acting President." In October, 1999, plaintiff also personally solicited the Defendant to become the president of RPI, telling the Defendant and others he had already obtained sufficient funding to operate RPI for one year, had already hired the former anchors of UPI who brought significant name recognition, had already undertaken reservation of and construction of a Web site for RPI, that all Peoples Radio Network Radio Stations (100 plus) would carry RPI news right out of the box and that he had two national radio sales reps to sell advertising for RPI from day one.

The Defendant informed Plaintiff he could not personally afford to invest in RPI but would be honored to be the president of RPI but could not assume any duties until his health permitted as

he was found to be permanently disabled in 1996 with Sarcoidosis with severe pulmonary and central nervous system involvement.

There was never a meeting of shareholders or election of officers for RPI.

Plaintiff commenced operations of RPI in November, 1999 opening all bank accounts, hiring all employees, signing leases for RPI often with the designation of "Chairman and acting President."

Defendant was never a signatory on any RPI bank accounts, never handled payroll, never signed any lease, hired anyone, fired anyone, undertook any management role of any type for RPI. etc.

In December, 1999, Kay Reetz, called Defendant to tell him that HARDER was using RPI funds to pay for extensive improvements at the ACORN studio (owned by the Plaintiff's daughter), pay ACORN's bills and to pay ACORN employees, among other things. In late December, 1999 Defendant demanded to see RPI's books which Plaintiff sent. In mid January, 2000, Defendant received RPI's books documented the Plaintiff's use of RPI funds to pay ACORN bills and employees, etc. Defendant returned RPI books to Plaintiff who acknowledged receipt of them January 25, 2000.

Defendant confronted Plaintiff on this and other issues and Plaintiff then commenced a series of written promises to repay RPI investors which he has yet to do. In January, 2000, Defendant, "out of an abundance of caution" resigned as President of RPI in writing to the Plaintiff making it clear he had never assumed an active role in RPI and was angry with the Plaintiff over many statements in the Plaintiff's RPI Business Plan which in the Defendant's opinion were not truthful.

Defendant was never a joint venturer with Plaintiff in RPI, never ran RPI and in fact did, along with several investors, file formal complaints with the FBI, Florida State Department of Banking and Finance, U.S. Postal Inspector, among others.

Defendant's case revolves around Plaintiff's RPI business plan, and the character of the Plaintiff, relating to his "disability," fund-raising, letters, faxes, etc., to Defendant and RPI investors, among others. The Defendant will show that his statements were not only truthful, but were absolutely privileged pursuant to section 589 of the Restatement Second of the law of Torts, as they were made in preparation for judicial proceedings; they were made, if at all, for the protection of interests in common pursuant to section 596 of the Restatement Second Law of Torts; they were made, if at all for the protection of the Defendant's own interests pursuant to section 594 of the Restatement Second of the Law of Torts; that the Plaintiff consented to the alleged statements of the Defendant pursuant to section 583 of the Restatement Second of the Law of Torts; that the alleged statements by the Defendant were the opinion of the Defendant protected by the First Amendment to the U.S. Constitution etc. and that it is the Defendant who has suffered damages as a result of the Plaintiff's outrageous behavior.

## 4. LIST OF EXHIBITS

A.  **Plaintiff's Exhibits**. Please see attached Schedule A.

B.  **Defendant's Exhibits**. Please see attached Schedule B.

## 5. LIST OF WITNESSES

A.  **Plaintiff's Witnesses**

    1.  Charles E. Harder, Plaintiff

    2.  Michael Haga, Defendant

    3.  Kay E. Reetz
    Rt. 1, Box 285-24
    Lake City, Florida 32055
    904-752-0016

        4.      Stanley Fields
11646 Southwest Boones Bend Drive
Beaverton, OR 97008
503.524.9264

        5.      Ed Shiflet
5365 Citrus Blvd.
Cocoa, FL 32926

        6.      All witnesses listed by Defendant to whom Plaintiff does not object.

        7.      Any witnesses required for rebuttal purposes.

B.    <u>Defendant's Witnesses</u>

        1.      Ted Anderson
1146 Rupp Drive
Burnsville, MN 55337
800-686-2237, Ex 101

        2.      Michael Haga, Defendant

        3.      Robert Jones, Investigator
Florida State Dept. of Banking and Finance
1300 Riverplace Blvd., Suite 640
Jacksonville, FL 33207
904-390-4660

        4.      Jamie Fried
2500 Weston Road, Suite 313
Weston, FL 33331
954-217-7070

        5.      Douglas Perrault
13231 Pine Creek Circle
Riverview, FL 33569
813-677-0762

        6.      Joe Subic
White Springs Police Dept.
White Springs, FL 33609
386-397-2222

        7.      Dennis Daily
Redding, CA 96001
530-243-1376

    8.    Bill Clough
           25 Durango Court
           Brownsville, TX 78526
           956-941-5497

    9.    Howard Price
           660 Southpointe Court
           Colorado Springs, CO 80906
           719-579-5316

    10.    Linda Lee, Special Agent
           Federal Bureau of Investigation
           400 Rood Avenue
           Grand Junction, CO 81501
           970-242-8360

    11.    Bruce Benson
           2727 Goldwyn Drive
           Tampa, FL 33602
           813.641-9699

    12.    David L. Brothers
           820 23 Road
           Grand Junction, CO 81505
           970-256-7359

    13.    Alan Ferris
           820 23Road
           Grand Junction, CO 81505
           970-256-7359

    14.    All witnesses listed by Plaintiff to whom Defendant does not object.

    15.    Any witnesses required for rebuttal purposes.

## 6. LIST OF EXPERT WITNESSES

A.    <u>Plaintiff's Experts</u>.  None

B.    <u>Defendant's Experts</u>.

    1.    Dr. Robert Sammons
           1400 North Seventh Street
           Grand Junction, CO 81501
           970-241-1983

Case 8:00-cv-00270-RAL   Document 64   Filed 09/05/01   Page 7 of 19 PageID 1283

## 7. STATEMENT OF DAMAGES

Plaintiff seeks compensatory and punitive damages, and payment of costs.

## 8. DEPOSITIONS TO BE OFFERED AT TRIAL

A.  By Plaintiff. Depositions of Defendant taken on April 27, 2001 and on April 30, 2001

B.  By Defendant. None other than for impeachment.

## 9. ADMITTED FACTS

None.

## 10. UNDISPUTED PRINCIPLES OF LAW

1.  The Court has jurisdiction over the parties and the subject matter of this litigation.

## 11. ISSUES OF FACT THAT REMAIN TO BE LITIGATED

A.  Whether the Defendant uttered the statements alleged.

B.  Whether the statements were of and concerning CHARLES HARDER.

C.  Whether such statements were true or false.

D.  Whether said statements were material statements of fact.

E.  Whether Plaintiff suffered damages and the amount of damages suffered by Plaintiff.

F.  Whether HARDER was a public figure.

G.  Whether Defendant's statements were absolutely privileged.

H.  Whether Defendant's statements were conditionally privileged.

I.  Whether Defendant's statements were made in good faith.

J.  Whether Defendant's alleged statements were "opinion" statements protected by the First Amendment.

K.  Whether Defendant's alleged statements were actually communicated to third parties.

Page 7 of 8

L. Whether the plaintiff consented to the publication of Defendant's alleged statements.

## 12. ISSUES OF LAW TO BE DETERMINED BY THE COURT

A. The Court must determine whether Defendant's alleged statements were actionable as a matter of law.

## 13. DISAGREEMENT OVER RULES OF EVIDENCE OR PROCEDURE

None at this time.

## 14. MOTIONS OR OTHER MATTERS REQUIRING ACTION BY THE COURT

A. Plaintiff's Motion in Limine (to be filed prior to trial).

B. Defendant's Interlocutory Appeal

C. Defendant's Motion to Dismiss or Transfer Based Upon Letter of Dr. Sammons, dated August 28, 2001 stating Defendant is Unable to Travel to Florida due to Medical Condition

## 15. SIGNATURES OF COUNSEL FOR ALL PARTIES

DATED this 4th day of September, 2001.

Respectfully submitted,

_____  
Robert Persante  
Florida Bar No. 376698  
PERSANTE & McCORMACK, P.A.  
2555 Enterprise Road, Bldg. 15  
Clearwater, Florida 33763  
(727) 796-7666 Phone  
(727) 796-8099 Fax  
Attorneys for Plaintiff

_____  
Michael Haga  
820 23 Road  
Grand Junction, CO 81505  
(970) 256-7359  
Defendant, Pro Se

## SCHEDULE "A"
## PLAINTIFF'S EXHIBIT LIST

1. The Complaint filed February 10, 2000

2. Plaintiff's Request for Admissions filed May 26, 2000

3. Plaintiff's First Set of Interrogatories to Defendant filed May 25, 2000 and the answers to them

4. Defendant's Answer and Affirmative Defenses filed June 25, 2000

5. Plaintiff's Second Set of Interrogatories to Defendant filed September 6, 2000 and the answers to them

6. Plaintiff's Third Set of Interrogatories filed January 31, 2001 and the answers to them

7. Michael William Haga's deposition transcripts from depositions taken on April 27, 2001 and April 30, 2001

8. Video-taped portions of the above-referenced depositions

9. Business Plan RPI

10. Telefax, Mike Haga, dated 01/28/00 to Kay Reetz

11. Telefax, Mike Haga, dated 12/02/99 Stanley Fields

12. Telefax, Mike Haga, dated 12/03/99 Chuck Harder

13. Telefax, Mike Haga, dated 01/18/00 Chuck Harder/Ted Anderson

14. Telefax, Mike Haga, dated 01/20/00 Chuck Harder

15. Telefax, Acclaim Publishing Company, dated 02/10/00 Frank Boyle

16. Telefax, Mike Haga, dated 01/28/00 John R. Sauer & Ted Anderson

17. Telefax, Mike Haga, dated 01/29/00 Kay Reetz

18. Telefax, Mike Haga, dated 01/30/00 J.R. Sauer & Ted Anderson

19. Telefax, Mike Haga, dated 12/02/99 Brice

20. Telefax, Mike Haga, dated 01/30/00 J.R. Sauer & Ted Anderson

21. X-Mailer, Mike Haga, dated 01/30/00 Radio Press Int'l, The Future of RPI

22. Telefax, Mike Haga, dated 01/29/00 Kay Reetz

23. Telefax, Mike Haga, dated 01/28/00 J.R. Sauer & Ted Anderson

24. Letter, LaCroix & Burke (Thomas LaCroix), dated 01/28/00 IRS Criminal Bureau

25. Telefax, Mike Haga, dated 01/27/00 Bob Persante

26. Telefax, Mike Haga, dated 02/02/00 Doug Perrault

27. Telefax, Mike Haga, dated 02/02/200 Chuck Harder

28. Telefax, Mike Haga, dated 02/04/00 Doug Perrault

29. Letter, Metro Networds (Ben Avery), dated 11/16/99 Chuck Harder

30. Fax, Sam Andy (Valerie Osserman), dated 11/18/99 Chuck Harder

31. Fax/Letter Cultural Creative Network, dated 11/18/99 Mike Haga Letter of Intent

32. Fax/Certificate of Insurance, dated 11/19/99 re: Sam Andy Foods/Jon Sauer

33. Fax, RPI (Kay Reetz), dated 11/19/99 re: Returned Invoice Items to Chuck Harder

34. Fax, Chuck Harder, dated 11/19/99 Mike Haga

35. Fax Office Memo John R. Sauer (The Sauer Group), dated 10/29/99 Mike Haga

36. Fax Sam Andy (John R. Sauer), dated 10/29/99 Mike Haga/Chuck Harder

37. Fax Mike Haga, dated 11/19/99 Chuck Harder re: RPI ad agency proposal

38. Fax Mike Haga, dated 11/20/99 Churck Harder re: RPI

39. Telefax Mike Haga, dated 02/02/99 Brice

40. Telefax, Mike Haga, dated 12/02/99 Chuck Harder re: Your memo of 12/02/99

41. Telefax, Mike Haga, dated 02/03/99 Stanley Fields re: RPI

42. Telefax, Mike Haga, dated 12/26/99 Chuck Harder

43. Telefax, Mike Haga, dated 12/26/99 Chuck Harder

44. Telefax, Mike Haga, dated 12/31/99 Chuck Harder

45. Telefax, Mike Haga, dated 12/31/99 Chuck Harder

46. Telefax, Mike Haga, dated 01/02/00 Chuck Harder

47. Telefax, Chuck Harder, dated 01/03/00 Mike

48. Telefax, Mike Haga, dated 01/03/00 Chuck Harder

49. Telefax, Mike Haga, dated 01/04/00 Chuck Harder

50. Telefax, Mike Haga, dated 01/07/00 Chuck Harder

51. Telefax, Mike Haga, dated 01/09/00 Chuck Harder

52. Fax, Letter J.R..Sauer, dated 10/26/00 Mike Haga

53. Telefax, Mike Haga, dated 01/11/00 Chuck Harder

54. Telefax, Mike Haga, dated 01/12/00 Chuck Harder

55. Telefax/Letter, RPI (Mike Haga), dated 01/12/00 Anne Martinez

56. Telefax, Mike Haga, dated 01/16/00 Chuck Harder

57. Telefax, Mike Haga, dated 01/17/00 Chuck Harder

58. Telefax, Mike Haga, dated 01/18/00 Chuck Harder/Ted Anderson

59. Telefax, Mike Haga, dated 01/18/00 Chuck Harder

60. Telefax, Mike Haga, dated 01/20/00 Chuck Harder

61. Telefax, Mike Haga, dated 01/21/00 RPI Anchors & Employees

62. Fax/Email, Mike Haga, dated 01/21/00 Doug (Acorn)/Chuck Harder

63. Telefax, Chuck Harder, dated 01/25/00 Mike Haga

## SCHEDULE "B"

## UNITED STATES DISTRICT COURT
## IN THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Case No. 8:00-CV-270-T-26-E

CHARLES E. HARDER,
Plaintiff,

vs

MICHAEL HAGA,
Defendant.

## DEFENDANT'S EXHIBIT LIST

1. Telefax, Chuck Harder, dated October 16, 1999, to Mike Haga

2. Telefax, Chuck Harder, dated October 4, 1999, to Mike Haga

3. Telefax, Chuck Harder, dated October 5, 1999 to Mike Haga and Ed. Miller

4. Telefax, Chuck Harder, Dated October 6, 1999, to Mike Haga and Ed Miller

5. E-Mail, Bill Clough, dated January 29, 2000, to Mike Haga

6. Telefax, Chuck Harder, dated October 9, 1999, to Mike Haga

7. Telefax, Chuck Harder, dated Feburary 10, 2000, to Mike Haga

8. Telefax, Chuck Harder, dated October 16, 1999, to Mike Haga

9. Corporate Resolution, Dated October 22, 1999

10. Telefax, Chuck Harder, dated October 20, 1999 to Mike Haga, Ted Anderson, John Sauer

11. Telefax, Chuck Harder, dated October 20, 1999, to Mike Haga

12. Telefax, Mike Haga, dated October 20, 1999, to Chuck Harder

13. Telefax, Chuck Harder, dated October 20, 1999, to Mike Haga

1

14. Articles of Incorporation, Acclaim Publishing, Co, dated June 19, 1992

15. Wire transfer dated 10-21-1999, from David Brothers to Radio Press International.

16. Telefax, Ted Anderson, dated October 21, 1999, to Chuck Harder

17. Telefax, David Brothers, Dated October 28, 1999, to Douglas Perreault

18. Telefax, Chuck Harder, Dated November 24, 1999, to Mike Haga and Ted Anderson

19. Telefax, Mike Haga, Dated December 1, 1999, to Chuck Harder

20. E-Mail, Chuck Harder, dated December 9, 1999 to Doug, copy to Dianne and to Acclaim Publishing.

21. Newsletter, Chuck Harder's Update Fall/Winter 1999/2000, from Chuck Harder to Mike Haga

22. Telefax, Chuck Harder, dated December 14, 1999, to mike Haga

23. Telefax, Chuck Harder, Dated 16, 1999, to Mike Haga

24. Telefax, Chuck Harder, dated December 19, 1999, to mike Haga

25. Telefax, Chuck Harder, dated December 24, 1999, to Mike Haga

26. Wire transfer No. 2280 dated Nov 1, 1999

27. Ed Shiflett expense reimbursment form and attachments dated 12-10-99

28. Ed Shiflett expense reimbursement form and attachments dated 11-26-1999

29. Telefax, Douglas Perreault, dated December 28, 1999, to Chuck Harder

30. Telefax, Chuck Harder, dated December 29, 1999, to Doug Perreault

31. Telefax, Chuck Harder, dated December 30, 1999, to Mike Haga

32. Telefax, Chuck Harder, dated December 31, 1999, to Mike Haga

33. Telefax, Mike Haga, dated December 31, 1999, to Chuck Harder

2

34. Telefax, Chuck Harder, dated December 31, 1999, to Mike Haga

35. Telefax, Chuck Harder, dated December 31, 1999, to mike Haga

36. Telefax, Chuck Harder, dated January 2, 2000, to Mike Haga

37. Telefax, Chuck Harder, dated January 2, 2000, to Mike Haga

38. Telefax, Chuck Harder, dated January 7, 2000, to Doug Perreault

39. Telefax, Chuck Harder, January 10, 2000, to Mike Haga

40. Telefax, Mike Haga, dated January 10, 2000, to Chuck Harder

41. Telefax, Chuck Harder, dated January 11, 2000, to Mike Haga

42. Telefax, Chuck Harder, dated January 13, 2000, to Mike Haga, John Sauer, Ted Anderson

43. Telefax, Mike Haga, dated January 13, 2000, to Chuck Harder

44. Telefax, Chuck Harder, dated January 14, 2000, to Mike Haga

45. Letter, Mike Haga, dated January 14, 2000, to Chuck Harder

46. Letter, Mike Haga, dated January 14, 2000, to Chuck Harder

47. Telefax, Mike Haga, dated January 16, 2000, to Chuck Harder

48. Telefax, Mike Haga, dated January 17, 2000, to Chuck Harder

49. Telefax, Chuck Harder, dated January 17, 2000, to Mike Haga

50. Telefax, Chuck Harder, dated January 17, 2000, to Mike Haga

51. Telefax, Chuck Harder, dated January 21, 2000, to Mike Haga

52. E-mail, Douglas Perreault, dated January 21, 2000, to Brice, etc.

53. Telefax, Chuck Harder, dated January 21, 2000, to Mike Haga

54. Telefax, Mike Haga, dated January 23, 2000, to Chuck Harder

55. Telefax, Kay Reetz, dated January 26, 2000, to Director Corp. Finance

3

56. Telefax, Mike Haga, dated January 24, 2000, to Chuck Harder

57. Telefax, Mike Haga, dated January 25, 2000, to Chuck Harder

58. Telefax, Chuck Harder, dated January 25, 2000, to Mike Haga

59. Telefax, Chuck Harder, dated January 25, 2000, to Mike Haga

60. Telefax, Mike Haga, dated January 26, 2000, to Bob Persante

61. Telefax, Mike Haga, dated January 26, 2000, to Bob Persante

62. Telefax, Mike Haga, dated January 27, 2000, to Bob Persante

63. Telefax, Ed Shiflett, dated January 28, 2000, to Mike Haga

64. Telefax, Chuck Harder, dated January 28, 2000, to Kay Reetz

65. E-Mail, Andrew McGee, dated January 30, 2000 to Mike Haga

66. Letter, Robert Persante, dated January 31, 2000, to Mike Haga

67. E-Mail, J.Harrison, Chuck Harder, dated February 4, 2000, to Mike Haga, etc.

68. Telefax, Chuck Harder, dated February 4, 2000, to Mike Haga

69. Telefax, Dennis Daily, dated February 9, 2000, to Chuck Harder

70. Telefax, Chuck Harder, dated February 9, 2000, to Howard Price

71. Telefax, Ted Anderson, Dated February 10, 2000, to Howard Price

72. Telefax, John Sauer, dated February 10, 2000, to Howard Price

73. Telefax, David Brothers, dated February 10, 2000, to Howard Price

74. Telefax, Chuck Harder, dated February 10, 2000, to Howard Price

75. Letter, Tom Lacroix, dated February 15, 2000, to Robert Persante

76. Telefax, Frank Boyle, dated February 17, 2000, to Mike Haga

77. Telefax, Chuck Harder, dated April 14, 2000, to John Sauer

4

78. Copy---www.chuckharder.com website dated May 5, 2000

79. Mailer, For the People, dated June 10, 2000, to Truth Radio Network

80. Special Report, Chuck Harder, dated November 2000, to Mike Haga

81. Letter, Robert Persante, dated January 5, 2001, to Mike Haga

82. Letter, Robert Persante, dated January 12, 2001, to Mike Haga

83. Letter, Mike Haga, dated January 17, 2001, to Robert Persante

84. E-Mail, Bill Clough, dated January 9, 2001, to Chuck Harder

85. Postcard, Chuck Harder, dated February 28, 2000, to Sprint

86. Letter, Charles Smith Commercial Realty, dated April 17, 2000, to Mike Haga

87. Letter, Charles Smith Commercial Realty, dated May 2, 2000, to Mike Haga

88. Postcard, Chuck Harder, dated Mar 1, 2000, to IRS

89. Letter, IRS, dated March 20, 2000, to Mike Haga

90. Letter, Mike Haga, dated March 21, 2000, to IRS

91. Letter, Mike Haga, dated June 22, 2000, to IRS

92. Letter, Thomas Lacroix, dated June 28, 2000, to IRS

93. Letter, Mike Haga, dated November 20, 2000, to IRS

94. Complaint form, Alan Ferris, dated August 28, 2000, to Division of Securities, State of Colorado

95. Complaint form, David Brothers, dated August 28, 2000, to Division of Securities, State of Colorado

96. Complaint form, Alan Ferris, dated August 29, 2000, to Office of Comptroller, Department of Banking and Finance, Jacksonville, FL

5

97. Complaint form, David Brothers, dated August 29, 2000, to Office of Comptroller, Department of Banking and Finance, Jacksonville, FL

98. Letter, David Brothers, dated August 28, 2000, to FBI

99. Letter, Alan Ferris, dated August 28, 2000, to FBI

100. Mail Fraud complaint form, Mike Haga, dated May 22, 2000, to Us Postal Inspector

101. Mail Fraud complaint form, Mike Haga, dated December 28, 2000, to US Postal Inspector

102. E-Mail, Mike Haga, dated December 13, 1999, to Doug Perreault

103. E-Mail, Mike Haga, dated December 13, 1999, to Doug Perreault

104. E-Mail, Bill Clough, dated January 29, 2000, to Mike Haga

105. Telefax, Chuck Harder, dated October 9, 1999, to Mike Haga

106. E-Mail, Mike Haga, dated February 5, 2000, to Doug Perreault

107. E-Mail, J Harrison, dated February 4, 2000, to Chuck Harder

108. Letter, Chuck Harder, dated April 3, 2001, to David Brothers, Alan Ferris

109. E-Mail, Kay Reetz, dated December 21, 1999, to Mike Haga

110. Affidavit6, Alan Ferris, Dated May 24, 2001

111. Affidavit, David L. Brothers, Dated May 24, 2001

112. ACORN Radio Gas Bill #938995

113. ACORN Radio—Hometown Gas invoice dated 11-24-1999

114. ACORN RADIO—Hometown Gas Work Order dated 11-19-1999

115. RPI check #1048 to Hometown Gas dated 12-19-1999

116. Michael Smith Electric invoice # 6920 to ACORN Radio—dated 12-16-1999

117. RPI check # 1045 to Michael Smith Electric, dated 12-13-1999

6

118. E-Mail, Brad Gibson, dated 12-3-1999, to Chuck Harder

119. Telefax, Chuck Harder, dated October 6, 1999 to Mike Haga

120. Telefax, Chuck Harder, dated October 5, 1999, to Mike Haga and Ed Miller

121. Telefax, Chuck Harder, dated October 28, 1999, to My Valued Associates

122. Telefax, Chuck Harder, dated December 16, 1999, to Mike Haga

123. Telefax, Douglas Perreault, dated December 20, 1999, to Alan Ferris

124. Telefax, Frank Boyle, dated December 13, 1999, to Charles E. Harder

125. Letter plus 15 page attachment, Chuck Harder, dated September 10, 1999, to Ross Secunda

126. Telefax, Chuck Harder, dated November 24, 1999, to Mike Haga

127. Telefax, Chuck Harderr, dated November 24, 1999, to Valerie at Sam Andy

128. Telefax, Chuck Harder, dated November 29, 1999, to Mike Haga

129. Telefax, Mike Haga, dated November 30, 1999, to Stanley Fields

130. Telefac, Cultural Creative Network, dated November 29, 1999, to Mike Haga

131. Telefax, Chuck Harder, dated Thanksgiving, 1999, to Mike Haga and Ted Anderson

132. Telefax, Chuck Harder, dated November 29, 1999, to Mike Haga

133. Telefax, Ted Anderson, dated October 21, 1999, to Chuck Harder

134. Telefax, Chuck Harder, dated December 2, 1999, to Mike Haga

135. Telefax, Chuck Harder, dated December 19, 1999, to Mike Haga

136. Telefax, Chuck Harder, dated December 2, 1999, to Frank

137. Telefax, Chuck Harder, dated December 16, 1999, to mike Haga

138. Telefax, Chuck Harder, dated December 15, 1999, to Mike Haga

139. Telefax, Chuck Harder, dated December 10, 1999, to Mike Haga

140. Telefax, Chuck Harder, dated January 20, 2000, to Mike Haga

141. Telefax, Chuck Harder, dated January 21, 2000, to Mike Haga

142. Telefax, Chuck Harder, dated January 28, 2000, to Kay Reetz

143. Telefax, Chuck Harder, dated January 5, 2000, to Ed Miller

144. Telefax, Chuck Harder, dated January 7, 2000, to Mike

145. Telefax, Chuck Harder, dated January 7, 2000, to Doug

146. Telefax, Chuck Harder, dated January 13, 2000, to Mike Haga, John Sauer, Ted Anderson

8